UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Victoria Rose Lee, et al.
                    Plaintiff,

v.                                    Case No.: 1:23−cv−02318
                                      Honorable LaShonda A. Hunt

Dart Motors LLC, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 26, 2023:

MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' opposed motion for extension of time to answer or otherwise plead [17] is granted. Defendants must answer or otherwise plead on or before 7/19/23. Additionally, the Court has an independent duty to verify its own jurisdiction. Plaintiffs' complaint alleges $20,000 in economic damages and $180,000 in "non−economic damages" for each of the four counts in the complaint. However, the claims brought by Plaintiffs all limit the type of damages available to Plaintiff, including punitive damages. See, e.g., Kensington's Wine Auctioneers & Brokers, Inc. v. John Hart Fine Wine, Ltd., 392 Ill.App.3d 1, 330 Ill.Dec. 826, 909 N.E.2d 848, 857 (Ill.App.Ct.2009) ("Although the Deceptive Practices Act does not permit a party to recover monetary damages, it does allow an injured party to obtain 'injunctive relief upon terms that the court considers reasonable.'") The parties are ordered to file briefs not to exceed 10 pages explaining how Plaintiffs' damages can legally exceed the $75,000 threshold necessary to confer diversity jurisdiction on this Court. Plaintiffs' brief is due 7/12/23, and Defendant's response, if any, is due 7/19/23. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.