IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VICTORIA R. LEE & <br> DAVID S. CHRISTY, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | No: 23-CV-02318 <br> Assigned Judge Hon. LaShonda A. Hunt |
| DART MOTORS LLC, <br> GABRIEL VARGAS and <br> ANASTASIA NOVYTSKA, | ) <br> ) <br> ) <br> ) | Magistrate Judge: Hon. Sunil R. Harjani |
| Defendants. | ) | |

## DART MOTORS LLC Notification as to Affiliates

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and Local Rule 3.1, the undersigned counsel of record for defendant DART MOTORS LLC, in the captioned mater certifies that:

**FRCP 7.1** *Nongovernmental Corporations.* **A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that: (A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states that there is no such corporation.**

**Local Rule 3.2 (c) Required Information. A Notification of Affiliates shall identify all of the party's affiliates known to the party after a diligent review; or state that after a diligent review the party has identified no affiliates.**

DART MOTORS LLC is an Illinois LLC.  ANASTASIA NOVYTSKA is the sole member of DART MOTORS LLC and has a 100% ownership stake in that LLC. As such, there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

  /s/   John R. McInerney
Timothy V. Hoffman
John R. McInerney
SANCHEZ DANIELS & HOFFMAN LLP
333 West Wacker Drive, #500
Chicago, Illinois 60601
T: (312) 641-1555
E: thoffman@sanchezdh.com
Attorney for Defendant DART MOTORS LLC